USDC SCAN INDEX SHEET










JAH    12/15/03    11:43
3:03-CV-02398    BARBERA V. MEDICAL EXAMINERS
*5*
*O.*

FILED

03 DEC 15 AM 8:49

CLERK, U.S. DISTRICT COURT
SOUTH RN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE BARBERA, | ) Civil No. 03-2398-IEG(LSP) |
| Plaintiff, | ) |
| v. | ) NOTICE AND ORDER FOR EARLY |
| | ) NEUTRAL EVALUATION CONFERENCE |
| NATIONAL BOARD OF MEDICAL EXAMINERS, INC., et al., | ) |
| Defendants. | ) |

IT IS HEREBY ORDERED that an Early Neutral Evaluation of your case will be held on February 13, 2004, at 9 a.m. before United States Magistrate Judge Leo S. Papas, United States Courthouse, Courtroom G, First Floor, 940 Front Street, San Diego, California.

Pursuant to Rule 16.1(c) of the Local Rules of the United States District Court for the Southern District of California, both counsel <u>and the parties</u> who have authority to negotiate and enter into settlement shall appear <u>in person</u> at the conference and shall be prepared to discuss the claims and defenses. Unless there are **extraordinary circumstances,** persons required to attend the conference pursuant to this Order shall not be excused from personal attendance. Requests for excuse from attendance for extraordinary

circumstances shall be made in writing at least 48 hours prior to the conference. Where the suit involves the United States or one of its agencies, only counsel for the United States with full settlement authority need appear. All conference discussions will be informal, off the record, privileged and confidential.

The parties may, but are not required to, submit a short Early Neutral Evaluation Conference Statement about the case on a confidential basis.

In the event the case does not settle at the Early Neutral Evaluation Conference, the parties shall also be prepared to discuss the following matters at the conclusion of the conference.

1. Any anticipated objections under Federal Rule of Civil Procedure 26(a)(1)(E) to the initial disclosure provisions of Federal Rule of Civil Procedure 26(a)(1)(A-D);

2. The scheduling of the Federal Rule of Civil Procedure 26(f) conference;

3. The date of initial disclosure and the date for lodging the discovery plan following the Rule 26(f) conference; and,

4. The scheduling of a Case Management Conference pursuant to Federal Rule of Civil Procedure 16(b).

The Court will issue an appropriate order addressing these issues and setting dates as appropriate.

//
//
//
//
//
//

1  |        Plaintiff's counsel shall notify all Defendants of the date
2  |  and time of the Early Neutral Evaluation Conference.  Questions
3  |  regarding this case may be directed to the Magistrate Judge's
4  |  research attorney at (619) 557-6384.
5  |  DATED: <u>December 12, 2003</u>

                                                  LEO S. PAPAS
                                                United States Magistrate Judge

cc: The Honorable Irma E. Gonzalez
    All Parties