USDC SCAN INDEX SHEET










```
JAH    1/12/04    9:29
3:03-CV-02398    BARBERA V. MEDICAL EXAMINERS
*6*
*O.*
```

FILED

JAN 09 2004

DISTRICT COURT
OF CAL...

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TRANSFER OF CASES FROM MAGISTRATE JUDGE LEO S. PAPAS TO MAGISTRATE JUDGE BARBARA L. MAJOR | Civil No.<br>**ORDER OF TRANSFER**<br>New Case #: 03CV2398IEG(BLM) |

IT IS HEREBY ORDERED that the following cases are transferred from the calendar of the Honorable Leo S. Papas to the calendar of the Honorable Barbara L. Major for all future proceedings. After this transfer, the case number should be changed to reflect Magistrate Judge Major's initials. Therefore, in all case numbers, the "(LSP)" that appears after the case number should be changed to "(BLM)" to ensure all documents are properly routed.

All pending dates through January 30, 2004 on Magistrate Judge Leo S. Papas' calendar are hereby vacated, to be reset by Magistrate Judge Major. All pending dates after January 30, 2004 on Magistrate Judge Leo S. Papas' calendar shall be transferred to Judge Major's calendar, except those specifically vacated by previous orders. However, the parties in the cases listed herein are advised that they may be contacted by the Court on an individual basis with respect to rescheduling of any pending dates. Any dates set before the district judge will remain unchanged.

| | |
|---|---|
| 03-1387-W | Mulvey v. Barnhart |
| 03-2052-IEG | Carrasco v. Scribner |

1

| | | |
|---|---|---|
| 1 | 03-0345-DMS | Campbell v. Giurbino |
| 2 | 03-0527-LAB | Snow v. City of San Diego |
| 3 | 02-0473-JAH | National Metal v. Alliant |
| 4 | 01-474-DMS | Riggs v. Judicial Conference |
| 5 | 03-636-LAB | Yoon v. Hickman |
| 6 | 03-744-R | Quan v. Smithkline Beechum |
| 7 | 03-2189-IEG | Oakley v. Trio Bros. |
| 8 | 03-2398-IEG | Barbera v. Nat'l Board of Medical Examiners |

**IT IS SO ORDERED.**

Dated: January 9, 2004

LEO S. PAPAS
United States Magistrate Judge

2