















JAH   1/21/04   14:31

3:03-CV-02398   BARBERA V. MEDICAL EXAMINERS

*7*

*O.*

# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

CASE NAME: <u>Barbera v. Nat'l Bd. of Med. Examiners, et al.</u> 03cv2398-IEG (BLM)

HON. BARBARA L. MAJOR                    CT. DEP. MICHELLE NICKOLA AGUILAR

### Attorneys

| Plaintiffs | Defendants |
|---|---|
| Lathe Gill, Esq. | Gregory Tenhoff, Esq. |
| | Wendy Brenner, Esq. |
| | Daniel Gardenswartz, Esq. |

PROCEEDINGS:   __X__  In Chambers  _____  In Court  _____ Telephonic

This matter was transferred to Magistrate Judge Barbara L. Major on January 9, 2003.  The Early Neutral Evaluation conference previously scheduled on Judge Papas' calendar for February 13, 2004 at 9 a.m. was likewise transferred to Judge Major's calendar.  As such, this matter will be heard in Judge Major's chambers located at 401 West A Street, Suite 700, San Diego, CA 92101.  All parties **must** submit confidential Early Neutral Evaluation Conference statements **directly to** Magistrate Judge Major's chambers no later than **February 6, 2004**.  Each party's statement shall set forth the party's statement of the case, identify controlling legal issues, and concisely set out the party's settlement position and issues of liability and damages.  Statements shall not exceed three (3) pages.  Questions should be directed to Judge Major's law clerks at (619) 557-7372.

DATE: January 20, 2004                    INITIALS: _____ Deputy

COPY TO:

HONORABLE IRMA GONZALES
U.S. DISTRICT JUDGE

ALL COUNSEL OF RECORD

IT IS SO ORDERED
DATED 1/20/04