USDC SCAN INDEX SHEET

















```
JAH    2/18/04    10:07
3:03-CV-02398   BARBERA V. MEDICAL EXAMINERS
*8*
*O.*
```

```
                                              FILED

                                          04 FEB 17 PM 3:31

                                         CLERK, U.S. DISTRICT COURT
                                        SOUTHERN DISTRICT OF CALIFORNIA

                                        BY:  _____ DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE BARBERA, | Civil No. 03cv2398-IEG(BLM) |
| Plaintiff, | |
| v. | ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE OF CASE MANAGEMENT CONFERENCE |
| NATIONAL BOARD OF MEDICAL EXAMINERS, INC., a District of Columbia Corporation; FEDERATION OF STATE MEDICAL BOARDS, an entity of unknown form; MEDICAL BOARD OF CALIFORNIA; and DOES 1 through 10, inclusive, | |
| Defendants. | |

On February 13, 2004 at 9:00 a.m. the Court convened an Early Neutral Evaluation Conference (ENE) in the above-entitled action. Appearing were Lathe Gill, Esq. and Joe Barbera (telephonically) on behalf of plaintiff and Gregory Tenhoff, Esq., Thomas Landers, Esq. and Janet Carson on behalf of defendants.

Settlement of the case could not be reached at the ENE and the Court therefore discussed compliance with Rule 26 of the Federal Rules of Civil Procedure. The parties represented that they have already completed the required Rule 26(f) conference and initial

disclosures pursuant to Rule 26(a)(1)(A-D). Based thereon, the court issues the following orders:

    1. A discovery plan shall be <u>lodged</u> with Magistrate Judge Barbara L. Major on or before **February 20, 2004**;

    2. A Case Management Conference pursuant to Rule 16(b) shall be held on **February 27, 2004**, at **2:00 p.m.**, in the chambers of Magistrate Judge Major. **Counsel shall appear telephonically.** The Court will initiate the conference call.

    Failure of any counsel or party to comply with this Order may result in the imposition of sanctions.

    **IT IS SO ORDERED.**

DATED: <u>February 13, 2004</u>

*[signature]*
BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE IRMA E. GONZALEZ
UNITED STATES DISTRICT JUDGE

ALL COUNSEL AND PARTIES