USDC SCAN INDEX SHEET










```
JAH    3/2/04    8:36
3:03-CV-02398    BARBERA V. MEDICAL EXAMINERS
*10*
*OSC.*
```

FILED

04 MAR -1 PM 12:56

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE BARBERA,<br><br>　　　　Plaintiff,<br>v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS, INC., a District of Columbia Corporation; THE FEDERATION OF STATE MEDICAL BOARDS, an entity of unknown form; THE MEDICAL BOARD OF CALIFORNIA; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 03cv2398-IEG (BLM)<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED |

　　　　In the Order Following Early Neutral Evaluation Conference, Setting Rule 26 Compliance and Notice of Case Management Conference filed February 17, 2004, this Court ordered that counsel shall appear telephonically on February 27, 2004 at 2:00 p.m. for a Case Management Conference.  The Order further stated that "[f]ailure of any counsel or party to comply with this Order may result in the imposition of sanctions."  Lathe Gill, Esq. failed to appear at the Case Management Conference and could not be contacted telephonically.

　　　　Therefore, it is hereby ordered that Mr. Gill appear before

03cv2398

the Honorable Barbara L. Major on **March 23, 2004** at **11:00 a.m.** in Courtroom D, U.S. District Court, 940 Front Street, San Diego, California 92101 to show cause why sanctions should not be imposed for failing to follow this Court's order. The parties may submit declarations regarding the imposition of sanctions on or before March 16, 2004.

**IT IS SO ORDERED.**

Dated: 2/27/04

BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE IRMA E. GONZALEZ
U.S. DISTRICT JUDGE

ALL COUNSEL