USDC SCAN INDEX SHEET










JAH    3/8/04    11:12
3:03-CV-02398    BARBERA V. MEDICAL EXAMINERS
*11*
*O.*

```
LATHE S. GILL, SBN 206216
LAW OFFICES OF LATHE S. GILL
PO Box 1058
Crescent City, CA 95531
Tel. 866-621-2012
Fax. 877-213-7416
```

FILED
04 MAR -8 AM 9:57
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: J.H. DEPUTY

Attorney for Plaintiff, JOE BARBERA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA - SAN DIEGO

| | |
|---|---|
| JOE BARBERA,<br><br>        Plaintiff,<br><br>v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS, INC., a District of Columbia Corporation; FEDERATION OF STATE MEDICAL BOARDS, an entity of unknown form; MEDICAL BOARD OF CALIFORNIA; and DOES 1 through 10, inclusive<br><br>        Defendants. | Case No.: 03CV02398 IEG (BLM)<br><br>**RESPONSE TO OSC RE: SANCTIONS; Declaration of Lathe S. Gill; [Proposed] ORDER;**<br><br>Hearing Set: March 23, 11 AM<br>             Courtroom D<br>             940 Front St.<br>             San Diego, CA 92101<br><br>Trial Date: Not Yet Set |

On February 27, 2004, the Honorable Barbara Major held a telephonic case management conference in the instant matter. Lathe S. Gill, counsel for Plaintiff, did not participate in the conference. The Magistrate subsequently ordered Lathe S. Gill to show cause why he should not be sanctioned for failing to appear at this conference. Lathe S. Gill respectfully requests that this OSC be discharged.

///

-1-

03cv02398 IEG (BLM)

11

Dated: March 3, 2004        LAW OFFICES OF LATHE S. GILL

By: _____
LATHE S. GILL
Attorney for Plaintiff

Declaration of Lathe S. Gill in support of Response to OSC re: Sanctions

I, Lathe S. Gill, declare:

1. I am a member of the bar of this court.

2. On February 28, 2004, at 8:30 A.M., I was in the City of Melbourne, Victoria, Australia. On this date and time, it was 1:30 PM on February 27, 2004 in San Diego.

3. Between 8:30 AM and 8:45 AM, I telephoned as follows, 0111(619) 557-7372, to check on the conference. I believe I spoke with a man, who I believed to be a clerk of the Honorable Judge Major.

4. I asked about the case, by case number and name and was told that the conference was off calendar and that discovery plan had been accepted and would form the basis of the scheduling order.

5. On March 1, 2004, I arrived in San Diego and checked my phone messages. I discovered that the Court's deputy had telephoned me several times between 2 and 2:30 PM on Friday February 27, for the CMC.

6. I immediately telephoned the deputy and left a message asking what had happened.

7.    I then telephoned Wendy Brenner, Esq., counsel for NBME, and we discussed the substance of the CMC and I was satisfied with the outcome.

8.    I still do not understand what happened on February 27, when I telephoned.

9.    It was early in the morning, and it is *possible* that I may have mistakenly telephoned some other department. I had a telephonic CMC the day before with Judge Papas, which I had participated in at 3:30 AM (Australian Eastern Standard Time). This conference had been vacated for substantially the same reason, i.e., that the Joint Discovery Plan was satisfactory. This case would have been on my mind. However, I believed that I was speaking to Judge Major's Department regarding **this** case.

10.   If I mistakenly telephoned the wrong department, I am most sorry for any inconvenience that it may have caused the Court or the parties. It was completely inadvertent and I humbly request the Court's pardon.

11.   I also request that the date for the OSC be vacated because I will be a witness in a trial in the Bankruptcy Court in Alexandria, Virginia on the date set for this OSC.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.



Lathe S. Gill

-3-

03cv02398 IEG (BLM)

1  [PROPOSED] ORDER
   *Based upon Mr. Gill's declaration,*
2  The OSC is discharged and the hearing date is vacated.

*/s/ Barbara L. Major/*

Magistrate Judge Barbara Major

-4-

03cv02398 IEG (BLM)

## PROOF OF SERVICE BY FAX

I am over the age of eighteen years and not a party to the within action. I am a resident of or employed in the county where the service below occurred. My business address is PO Box 1058 Crescent City, CA 95531. I am readily familiar with this firm's practice for collection and processing of correspondence for transmission by US MAIL. In the ordinary course of business, correspondence collected from me would be processed and deposited in the Mail on the same day.

On March 3, 2004, I served the following:

RESPONSE TO OSC RE: SANCTIONS; DECLARATION OF LATHE S. GILL; [PROPOSED] ORDER;

by faxing a true and correct copy thereof for delivery in accordance with the firm's ordinary business practices, addressed as follows:

GREGORY TENHOFF
WENDY BRENNER
COOLEY GODWARD LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on March 3, 2004 at San Diego, California.

*/s/ Lathe Gill*

-1-