USDC SCAN INDEX SHEET

















JAH    4/7/04    11:34

3:03-CV-02398    BARBERA V. MEDICAL EXAMINERS

*12*

*STIPO.*

LATHE S. GILL, SBN 206216
LAW OFFICES OF LATHE S. GILL
PO Box 1058
Crescent City, CA 95531
Tel. 866-621-2012
Fax. 877-213-7416

Attorney for Plaintiff, JOE BARBERA

FILED
04 APR -6 PM 1:57
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA - SAN DIEGO

| | |
|---|---|
| JOE BARBERA, <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL BOARD OF MEDICAL EXAMINERS, INC., a District of Columbia Corporation; FEDERATION OF STATE MEDICAL BOARDS, an entity of unknown form; MEDICAL BOARD OF CALIFORNIA; and DOES 1 through 10, inclusive <br><br> Defendants. | Case No.: 03CV02398 IEG (BLM) <br><br> **STIPULATION FOR DISMISSAL OF DEFENDANT FEDERATION OF STATE MEDICAL BOARDS WITHOUT PREJUDICE** F.R.C.P. 41 (a)(2); [PROPOSED] ORDER; |

Joe Barbera, Plaintiff herein, by and through his attorney of record, and Defendants Federation of State Medical Boards and National Board of Medical Examiners, by and through their attorneys of record, stipulate and request that the Court dismiss Defendant Federation of State Medical Boards without prejudice pursuant to Federal Rule of Civil Procedure 41 (a)(2).

-1-

03cv02398 IEG (BLM)

ORIGINAL
ENTERED ON 4/7/04

```
 1  Dated: 3/24/04                    LAW OFFICES OF LATHE S. GILL
 2
 3                                    By: /s/ Lathe Gill
 4                                       LATHE S. GILL
                                         Attorney for Plaintiffs
 5
    Dated: 3/29/04                    SOLOMON WARD SEIDENWURM & SMITH LLP
 6
 7
                                      By: /s/
 8                                       DANIEL E. GARDENSWARTZ, ESQ.
                                         Attorney for Defendant Federation of
 9                                       State Medical Boards
10  Dated: _____             COOLEY GODWARD
11
12                                    By: _____
                                         GREGORY TENHOFF, Esq.
13                                       Attorney for Defendant National Board
                                         of Medical Examiners
14
15
    IT IS SO ORDERED.
16
    Dated: _____             Judge of the District Court
17
18                                    By: _____
                                         UNITED STATES DISTRICT COURT
19
20
21
22
23
24
25
26
27
                                        -2-
                                                          03cv02398 IEG (BLM)
```

| | | |
|---|---|---|
| 1 | Dated: 3/24/04 | LAW OFFICES OF LATHE S. GILL |
| 2 | | |
| 3 | | By: /s/ Lathe Gill |
| 4 | | LATHE S. GILL<br>Attorney for Plaintiffs |
| 5 | Dated: 3/29/04 | SOLOMON WARD SEIDENWURM & SMITH LLP |
| 6 | | |
| 7 | | By: /s/ Daniel Gardenswartz |
| 8 | | DANIEL E. GARDENSWARTZ, ESQ.<br>Attorney for Defendant Federation of State Medical Boards |
| 9 | | |
| 10 | Dated: 3/30/04 | COOLEY GODWARD |
| 11 | | |
| 12 | | By: /s/ Gregory Tenhoff |
| 13 | | GREGORY TENHOFF, Esq.<br>Attorney for Defendant National Board of Medical Examiners |
| 14 | | |
| 15 | IT IS SO ORDERED. | |
| 16 | Dated: 4/6/04 | Judge of the District Court |
| 17 | | |
| 18 | | By: /s/ Irma E. Gonzalez<br>UNITED STATES DISTRICT COURT |

-2-

03cv02398 IEG (BLM)