USDC SCAN INDEX SHEET










```
JAH    4/16/04    10:55
3:03-CV-02398   BARBERA V. MEDICAL EXAMINERS
*13*
*PRFSVC.*
```

| | |
|---|---|
| 1 | DANIEL E. GARDENSWARTZ [SBN 169749]<br>ELIZABETH A. MITCHELL [SBN 204853] |
| 2 | SOLOMON WARD SEIDENWURM & SMITH, LLP<br>401 B Street, Suite 1200 |
| 3 | San Diego, California 92101<br>Telephone: (619) 231-0303 |
| 4 | Facsimile: (619) 231-4755 |

FILED

04 APR 15 PM 4: 18

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

Attorneys for Defendant FEDERATION OF STATE MEDICAL BOARDS

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE BARBERA,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS, INC., a District of Columbia Corporation; FEDERATION OF STATE MEDICAL BOARDS, an entity of unknown form; THE MEDICAL BOARD OF CALIFORNIA; and DOES 1 through 10, inclusive,<br><br>    Defendant. | CASE NO.: 03-cv-02398 IEG (BLM)<br><br>**DECLARATION OF SERVICE**<br><br>The Hon. Irma E. Gonzalez<br>Courtroom: 13<br>Complaint filed: December 3, 2003 |

I, the undersigned, declare:

I am employed in the County of San Diego, State of California. I am over the age of 18 years and not a party to this action. My business address is Solomon Ward Seidenwurm & Smith, LLP, Solomon Ward Seidenwurm & Smith, LLP, 401 B Street, Suite 1200, San Diego, California 92101.

On April 15, 2004, I served a copy, including all exhibits, if any, of the following document(s):

**STIPULATION FOR DISMISSAL OF DEFENDANT FEDERATION OF STATE MEDICAL BOARDS WITHOUT PREJUDICE F.R.C.P. 41 (a) (2); ORDER filed on April 6, 2004**

on the following parties:

B  ORIGINAL

P:239917.1:09200.005                                                                                           03-cv-02398 IEG (BLM)
DECLARATION OF SERVICE

| | |
|---|---|
| Lathe S. Gill, Esq.<br>Law Offices of Lathe S. Gill<br>P.O. Box 1058<br>Crescent City, CA 95531<br>(866) 621-2012<br>Attorney for Plaintiff JOE BARBERA | Jeremy Nelson, Esq.<br>Cooley Godward LLP<br>Five Palo Alto Square<br>3000 El Camino Real<br>Palo Alto, CA 94306<br>(650) 843-5000<br>Attorneys for Defendant NATIONAL BOARD OF MEDICAL EXAMINERS |

☒ **(BY MAIL)** I caused each such envelope to be sealed and placed for collection and mailing from my business address. I am readily familiar with the practice of Solomon Ward Seidenwurm & Smith, LLP for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business mail is deposited with the postage thereon fully prepaid in the United States Postal Service the same day as it is placed for collection. I am aware that upon motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

☐ **(BY PERSONAL SERVICE)** I caused each such envelope to be sealed and given to a courier authorized by our attorney service to receive documents for delivery on the same date. A proof of service signed by the authorized courier will be filed forthwith.

☐ **(BY FEDERAL EXPRESS)** I am readily familiar with the practice of Solomon Ward Seidenwurm & Smith, LLP for the collection and processing of correspondence for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by Federal Express for overnight delivery.

☐ **(BY FACSIMILE)** This document was transmitted by facsimile transmission from (619) 231-4755 and the transmission was reported as complete and without error. I then caused the transmitting facsimile machine to properly issue a transmission report.

☐ **(STATE)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ **(FEDERAL)** I declare that I am employed in the office of a member of this bar of this court, at whose direction this service was made.

Executed on April 15, 2004, at San Diego, California.

_____
Sonja Wicker