USDC SCAN INDEX SHEET










```
JAH    5/25/04    11:46
3:03-CV-02398    BARBERA V. MEDICAL EXAMINERS
*14*
*STIPO.*
```

```
                                                                    ORIGINAL
                                                                     FILED
 1  COOLEY GODWARD LLP
    GREGORY C. TENHOFF (154553)
 2  WENDY J. BRENNER (198608)                                     04 MAY 25 AM 7:57
    Five Palo Alto Square
 3  3000 El Camino Real                                         CLERK, U.S. DISTRICT COURT
    Palo Alto, CA 94306-2155                                   SOUTHERN DISTRICT OF CALIFORNIA
 4  Telephone:  (650) 843-5000
    Facsimile:  (650) 849-7400
 5                                                             BY: _____ DEPUTY
    Attorneys for Defendant
 6  NATIONAL BOARD OF MEDICAL EXAMINERS

 7  LAW OFFICES OF LATHE S. GILL
    LATHE S. GILL (206216)
 8  P.O. Box 1058
    Crescent City, CA 95531
 9  Telephone:  (866) 621-2012

10  Attorney for Plaintiff
    JOSEPH BARBERA
11
                      UNITED STATES DISTRICT COURT
12
                     SOUTHERN DISTRICT OF CALIFORNIA
13
                            SAN DIEGO DIVISION                      BY FAX
14

15
    JOE BARBERA,                        Case No. 03 CV 02398 IEG (BLM)
16
              Plaintiff,
17                                      STIPULATION OF DISMISSAL;
         v.                             [PROPOSED] ORDER
18
    NATIONAL BOARD OF MEDICAL           Trial Date: Not Yet Set
19  EXAMINERS, INC., a District of Columbia
    Corporation; THE FEDERATION OF
20  STATE MEDICAL BOARDS, an entity of
    unknown form; THE MEDICAL BOARD OF
21  CALIFORNIA; and DOES 1 through 10,
    inclusive,
22
              Defendants.
23
```

Plaintiff Joseph Barbera ("Barbera") and Defendant National Board of Medical Examiners (the "NBME") (collectively, the "Parties") through their designated counsel, pursuant to Federal Rule of Civil Procedure 41, hereby stipulate to and request that the Court enter an Order on the following:

(1) The Parties have resolved their dispute to their mutual satisfaction;

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

678373 v1/PA
#JFP01!.DOC                             1.                   JOINT DISCOVERY PLAN
                                                        (CASE NO. 03 CV 02398 IEG (BLM))

Filed By One Legal

MAY 21 2004 10:06                                   14   ENTERED ON 5/25/04   PAGE.02

(2) The above-entitled action shall be dismissed with prejudice;

(3) Each party shall bear its own attorneys' fees and costs.

Dated: May 19, 2004

COOLEY GODWARD LLP
GREGORY C. TENHOFF (154553)
WENDY J. BRENNER (198608)

_____
Gregory C. Tenhoff

Attorneys for Defendant NATIONAL BOARD OF MEDICAL EXAMINERS

Dated: May 17, 2004

LAW OFFICES OF LATHE S. GILL
LATHE S. GILL (206216)

_____
Lathe S. Gill

Attorney for Plaintiff JOSEPH BARBERA

## ORDER

Pursuant to the Parties' Stipulation of Dismissal, IT IS SO ORDERED.

Dated: May 24, 2004

Judge of the District Court

By: _____
United States District Court

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

678373 v1/PA
#JFP01!.DOC

2.

STIPULATION
(CASE NO. 03 CV 02398 IEG (BLM))